# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:19CR91 |
| vs. | ) | |
| IVAN CASTILLO GONZALEZ, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Continue Trial [32]. Counsel for the government is scheduled to be in trial before Senior Judge Laurie Smith Camp in another case on June 4, 2019, and seeks a one-week continuance of the trial in the above-captioned case. Counsel states that the motion in unopposed by Defendant. For good cause shown,

**IT IS ORDERED** that the government's Motion to Continue Trial [32] is granted, as follows:

1. The jury trial, now set for June 4, 2019, is continued to **June 11, 2019.**

2. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than May 23, 2019. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED: May 16, 2019.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**